# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2008 JUL 22 P 4: 18

CLERK _SMcCarthy_

MARK MULLIS,                    )
                               )
          Plaintiff,            )
                               )
     v.                         )     CV 308-041
                               )
ANTHONY WASHINGTON, Warden,     )
Johnson State Prison, and FNU ALSTON, )
Physician, Johnson State Prison, )
                               )
          Defendants.           )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, the above-captioned complaint is **DISMISSED** without prejudice

because Plaintiff failed to properly exhaust administrative remedies, and this civil action is

**CLOSED**.

SO ORDERED this ____ day of July, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE